IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-mj-01134-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STEVEN CHESTER FUDGE,

    Defendant.

## ORDER VACATING PREVIOUS RULING AND
## QUASHING ARREST WARRANT

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

On July 31, 2006, this Court granted the Plaintiff's request for review of the conditional release bond granted to the Defendant, for purposes of revocation, and issued an Arrest Warrant for the Defendant (Dockets #6 and #7). However, the Court has reconsidered the matter *sua sponte* and determines that since it is not the court having original jurisdiction over the proceedings which initiated this matter, the motion should not have been granted nor the arrest warrant issued from this District. *Cf.* 18 U.S.C. § 3145(a); *United States v. Cisneros*, 328 F.3d 610 (10th Cir. 2003).

Accordingly, it is hereby ORDERED that the Order Granting Motion for Arrest Warrant (Docket #6) is **vacated** and the Warrant for Arrest (Docket #7) is hereby **quashed.** It is further ORDERED that the Government's Motion for Arrest Warrant Due to Defendant's Failure to Self Surrender For Service of Sentence [Filed July 25, 2006; Docket #5] is deemed **denied.** If appropriate, the office of the United States Attorney for the District of Colorado shall proceed with

this matter in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, 660 North Central Expressway, Third Floor, Plano, Texas, or coordinate with the office of the United States Attorney for the District of Texas in this regard.

Dated at Denver, Colorado, this 2nd day of August, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge